UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER  :  21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE  :
LITIGATION (straddler plaintiffs)  :
-----------------------------------------------------------x
OSCAR NEGRETE,                     :
                                   :
            Plaintiff(s),          :   **Affidavit of Service**
                                   :
     - against-                    :   Civil Action No. : 07 CV 4128
                                   :
                                   :   Judge Hellerstein
THE CITY OF NEW YORK, BANKERS      :
TRUST COMPANY, DEUTSCHE BANK       :
TRUST COMPANY AMERICAS             :
DEUTSCHE BANK TRUST COMPANY,       :
DEUTSCHE BANK TRUST CORPORATION,   :
THE BANK OF NEW YORK TRUST         :
COMPANY NA, TISHMAN INTERIORS      :
CORPORATION and BT PRIVATE CLIENTS :
CORP.                              :
                                   :
            Defendants.            :
-----------------------------------------------------------x

   I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

   On July 24, 2007, I served the within copy of the Summons & Complaint by personally serving, pursuant to FRCP 4(h)(1), a true copy of the same upon the Defendant, Bankers Trust Company, by its designated agent Nora Bindyal of CT Corporation System, located at:

                     CT Corporation System
                     111 8th Avenue, 13th Floor
                     New York, New York 10011

                                          _____
                                          Samuel Frommer

Sworn to before me on this
___ day of July, 2007

_____
NOTARY PUBLIC

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20___