UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

OSCAR NEGRETE,

                Plaintiffs,

- against -

CITY OF NEW YORK, BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST CORPORATION, THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION and BT PRIVATE CLIENTS CORP.

                Defendants.

21 MC 103 (AKH)

DOCKET NO.
07- CV-4128

JUDGE HELLERSTEIN

AFFIDAVIT OF SERVICE

    I, Aaron Solomon, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Wyckoff, New Jersey.

    On July 20, 2007, I served the within copy of the Summons & Complaint by personally serving a true copy of the same in the manner prescribed by the law of the State of New York for the service of summons upon the City of New York, to Madelyn Santana, at the New York City Law Department located at:

                New York City Law Department
                100 Church Street
                New York, New York 10007

                                            _____
                                            Aaron Solomon

Sworn to before me on this
2(4th day of July, 2007

*[signature]*
NOTARY PUBLIC

VAUGHNETTE MUSCHETTI
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 2010