UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER  :  21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE  :
LITIGATION (straddler plaintiffs)  :
-----------------------------------------------------------x
OSCAR NEGRETE,

        Plaintiff(s),      :    **Affidavit of Service**

- against-                             :    Civil Action No. : 07 CV 4128

                                                :    Judge Hellerstein

THE CITY OF NEW YORK, BANKERS
TRUST COMPANY, DEUTSCHE BANK
TRUST COMPANY AMERICAS
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST CORPORATION,
THE BANK OF NEW YORK TRUST
COMPANY NA, TISHMAN INTERIORS
CORPORATION and BT PRIVATE CLIENTS
CORP.

        Defendants.
-----------------------------------------------------------x

    I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

    On July 24, 2007, I served the within copy of the Summons & Complaint by personally serving, pursuant to FRCP 4(h)(1), a true copy of the same upon the Defendant, Deutsche Bank Trust Corporation, by its designated agent Nora Bindyal of CT Corporation System, located at:

                              CT Corporation System
                          111 8th Avenue, 13th Floor
                           New York, New York 10011

                                              _____
                                              Samuel Frommer

Sworn to before me on this
23 day of July, 2007

_____
NOTARY PUBLIC

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 2007