UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER   :   21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE   :
LITIGATION (straddler plaintiffs)   :
------------------------------------------------------------x
OSCAR NEGRETE,                      :
                                    :
            Plaintiff(s),           :   **Affidavit of Service**
                                    :
   - against-                       :   Civil Action No. : 07 CV 4128
                                    :
                                    :   Judge Hellerstein
THE CITY OF NEW YORK, BANKERS       :
TRUST COMPANY, DEUTSCHE BANK        :
TRUST COMPANY AMERICAS              :
DEUTSCHE BANK TRUST COMPANY,        :
DEUTSCHE BANK TRUST CORPORATION,    :
THE BANK OF NEW YORK TRUST          :
COMPANY NA, TISHMAN INTERIORS       :
CORPORATION and BT PRIVATE CLIENTS  :
CORP.                               :
                                    :
            Defendants.             :
------------------------------------------------------------x

   I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

   On July 24, 2007, I served the within copy of the Summons & Complaint by personally serving, pursuant to FRCP 4(h)(1), a true copy of the same upon the Defendant, BT Private Clients Corporation, by its designated agent Nora Bindyal of CT Corporation System, located at:

CT Corporation System
111 8th Avenue, 13th Floor
New York, New York 10011

_____
Samuel Frommer

Sworn to before me on this
25 day of July, 2007

_____
NOTARY PUBLIC

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 07